UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC STARR

    Plaintiff,

vs.

LEGACY PROPERTY MANAGEMENT OF FLORIDA, LLC, a Florida limited liability company; LEGACY GROUP OF ORLANDO, LLC, a Florida limited liability company; LAKE KATHRYN MOTEL, LLC, a Florida limited liability company; and MOHAMAD R. MUSLEEM, individually.

    Defendants.

Case No.: 6:20-cv-01044-GAP-EJK

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ERIC STARR, and Defendants, LEGACY PROPERTY MANAGEMENT OF FLORIDA, LLC, LEGACY GROUP OF ORLANDO, LLC, LAKE KATHRYN MOTEL, LLC and MOHAMAD MUSLEEM, by and through their undersigned counsel and pursuant to M.D. Fla. Local Rule 3.09, hereby notify the Court that the Parties have reached a settlement in the above referenced matter. Upon execution of the settlement agreement,

within seven (7) days of the date of this notice, the Parties will file a joint motion for approval of the settlement agreement.

Dated November 11, 2021.

Respectfully submitted,

By: */s/. Peter J. Bober*
Peter J. Bober, Esq.
FBN: 0122955
BOBER & BOBER, P.A.
2699 Stirling Road, Suite A-304
Hollywood, Florida 33312
Telephone: (954) 922-2298
Facsimile: (954) 922-5455
peter@boberlaw.com

**Attorney for Plaintiff**

/s/ Paul L. Sutherland
Paul L. Sutherland, Esq.
Florida Bar No. 1008093
Nathan A. McCoy, Esq.
Florida Bar No. 676101
WILSON MCCOY, P.A.
100 E. Sybelia Ave, Ste. 205
Maitland, Florida 32751
Telephone: (407) 803-5400
Facsimile: (407) 803-4617
nmccoy@wilsonmccoylaw.com
psutherland@wilsonmccoylaw.com
pleadings@wilsonmccoylaw.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

*s/Paul L. Sutherland*
Paul Sutherland, Esq.